UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

                                                     **INITIAL SCHEDULING ORDER**

                    Plaintiff(s),

                                                                                 Civ.       (    ) (VMS)

-against-

                    Defendant(s).
-------------------------------------------------------

It is hereby **ORDERED** as follows:

1)     Defendant(s) shall answer or otherwise move with respect to the complaint by _____.

2)     Initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure must be completed by_____, if not yet completed. The disclosures should include as detailed a calculation of damages as possible and authorizations for release of medical and other relevant records.

3)     Initial document requests and interrogatories will be served no later than _____. If the parties intend to issue interrogatories, they will serve no more than _____. interrogatories. The parties are informed that the presumptive cap on the number of interrogatories is 25, including subparts.

4)     Any joinder and/or amendments of the pleadings must be made by _____. By this date, the parties must either stipulate to the joinder and/or amendments of the pleadings or commence motion practice for leave to join and/or amend in accordance with the Individual Rules of the District Judge assigned to this case.

5) If the parties expect to engage in electronic discovery, they will submit a proposed plan to the Court by _____.

6) Fact discovery closes _____.

   *Note: Treating physicians who may be called as fact witnesses should generally provide their reports or summaries and be deposed during fact discovery. Non-party fact discovery shall be completed by this date as well.*

7) As to expert disclosures,

   a) The names, qualifications and area(s) of expertise of initial experts shall be served on or before _____.

   b) Initial expert witness reports shall be served on or before _____.

   c) Rebuttal expert witness reports shall be served on or before _____.

8) All discovery, including any depositions of experts, shall be completed on or before _____.

9) On or before _____, the parties must file on ECF a joint letter to the magistrate judge confirming that discovery is concluded.

10) Any dispositive motion practice must be commenced by _____.

    *Note: Parties must consult the Individual Rules of the District Judge assigned to this case to determine, <u>inter alia</u>, if a pre-motion conference letter is required before a dispositive motion is filed, whether a Local Rule 56.1 statement must first be submitted with the pre-motion conference letter or motion, and whether such a motion should only be filed when fully briefed.*

11) A proposed joint pre-trial order must be filed by _____.

12) Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)?

    a) Yes _____

    b) No _____ (Do **NOT** indicate which party has decline to consent)

       *If yes, fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form and file it on ECF. <u>See</u> <u>http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx</u>*

13)     A discovery conference is set for _____ at _____ in person / by telephone. (*The Court will schedule this date*).  The conference call will be arranged and initiated by Plaintiff or Defendant (circle one) to Chambers at (718) 613-2300.

14)     A joint discovery status letter must be filed on ECF by _____ in preparation for the discovery conference.  (*The Court will schedule this date*).

15)     A final pre-trial conference is set for_____.  (*The Court will schedule this date*).

16)     The parties may wish to engage in settlement discussions. To facilitate this process, Plaintiff(s) agree(s) to make a demand on or before_____, and Defendant(s) agree(s) to respond to the demand on or before\_\_\_\_\_.

17)     Counsel request a referral to the Court's ADR program?  Yes \_\_\_\_   No \_\_\_\_\_.

18)     Any additional matters:

        Plaintiff intends to move for Conditional Collective Class Certification on behalf of all non-exempt non-managerial employees. As such, Plaintiff's position is that any settlement conferences be scheduled after the notice of pendency period, and after the adjudication of the class certification.

**This scheduling order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date hereof.**

Dated: Brooklyn, New York

    _____, 20\_\_\_\_\_

_____
VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE

3