UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BAIGUANG HAN,
*on his own behalf and on behalf of others similarly situated,*

                                Plaintiff,        Case No. 20-cv-02266 (PKC) (VMS)

          v.                                **NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF <u>JUDGMENT</u>**

SHANG NOODLE HOUSE, INC.
    d/b/a Shang Kitchen,
ZHI ZHONG LIU
    a/k/a Zhizhong Liu, and
SUMMER ZHANG
    a/k/a Summer Liu,

                                Defendants.
-----------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff BAIGUANG HAN, through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment to Plaintiff dated September 17, 2025, attached hereto as Exhibit A.

        **PLEASE TAKE NOTICE** that, pursuant to Paragraph 1 of Exhibit A, Plaintiff intends to move for an award of attorney fees and costs under Rule 54(d) of the Federal Rules of Civil Procedure.

Dated: Flushing, NY
       September 21, 2025

                                                <u>*/s/ John Troy*</u>
                                                John Troy
                                                Troy Law, PLLC
                                                41-25 Kissena Boulevard
                                                Suite 110
                                                Flushing, NY 11355
                                                (718) 762-1324
                                                troylaw@troypllc.com
                                                *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent *via* ECF to their Attorney of Record.

Dated: Flushing, NY
September 21, 2025

          */s/ John Troy*
          John Troy
          *Attorney for Plaintiff*