UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BAIGUANG HAN, *on behalf of themselves and others similarly situated*,

                         Plaintiff,                    JUDGMENT

      v.                                             20-cv-02266-PKC-VMS

SHANG NOODLE HOUSE INC d/b/a
Shang Kitchen; ZHI ZHONG LIU a/k/a
Zhizhong Liu, and SUMMER ZHANG
a/k/a Summer Liu,

                         Defendants.
-----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 21, 2025; and Defendants, Shang Noddle House Inc, Zhizhong Liu, and Summer Zhang, having offered to allow entry of judgment to be taken against them, jointly and severally, and in favor of Plaintiff Baiguang Han in the total sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00); it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Baiguang Han and against Defendants, Shang Noddle House Inc, Zhizhong Liu, and Summer Zhang, jointly and severally, in the total sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00).

Dated: Brooklyn, New York                             Brenna B. Mahoney
       September 23, 2025                                Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk